UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL C. ARLINE, and
ALGERINE THOMAS,

    Plaintiffs,

v.

Case No. 8:25-cv-1684-KKM-AAS

ESCOBAR ASSOCIATION, and
DEE ANN ATHAN,

    Defendants.

## ORDER

The United States Magistrate Judge recommends denying Arline and Thomas's motion to proceed in forma pauperis and dismissing the complaint without prejudice. R&R (Doc. 15). The deadline to object to the Magistrate Judge's Report and Recommendation has passed without any party lodging an objection. I adopt the Report and Recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court

1

reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Report and Recommendation. As the Magistrate Judge noted, plaintiffs may only proceed *in forma pauperis* if their complaint states a claim upon which relief can be granted. 28 U.S.C. § 1915(e)(2)(B). While courts must liberally construe pro se pleadings, the pleadings still must comply with the pleading standard. I agree with the Magistrate Judge's conclusion that plaintiffs' complaint fails to state a claim for which relief can be granted. And, after multiple warnings, plaintiffs failed to file a timely amended complaint as permitted by the Magistrate Judge. Because of the above, I dismiss the complaint without prejudice and deny all remaining motions as moot.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 15) is **ADOPTED** and made a part of this Order for all purposes.
2. The Motion to Proceed In Forma Pauperis (Doc. 8) is **DENIED.**
3. This case is **DISMISSED** without prejudice.

4. The clerk is directed to **ENTER JUDGMENT**, which shall read: "This case is dismissed with prejudice."

5. The clerk is further directed to **TERMINATE** any pending motions and deadlines, and to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on November 14, 2025.

Kathryn Kimball Mizelle
United States District Judge